IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:03CR3014-5 |
| | ) | |
| vs. | ) | |
| | ) | **MEMORANDUM** |
| CHRISTOPHER A. GANT, | ) | **AND ORDER** |
| | ) | |
| Defendant. | ) | |

The parties have stipulated that I should reduce the defendant's sentence given the retroactive amendment of the "Crack" Guidelines. Kelly Nelson, the highly regarded Supervising United States Probation Officer, recommends that I not grant the motion to reduce the defendant's sentence. Mr. Nelson is concerned with Mr. Gant's extensive criminal history which garners a mind-boggling 45 criminal history points. Therefore,

IT IS ORDERED that counsel for both sides shall submit a brief to me no later than October 27, 2008, explaining to me why I should grant the reduction. After I receive the briefs, I will make my decision. My chambers shall call this to my attention on October 28, 2008.

October 16, 2008.        BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge