AO 247 (02/08) Order Regarding Motion for Sentence Reduction

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:03CR3014-5 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | USM No: 18186-047 |
| | ) | |
| CHRISTOPHER A. GANT. | ) | DAVID R.  STICKMAN |
| Defendant. | ) | Defendant's Attorney |
| Date of previous judgments: 11/4/2003 & 1/19/2005 | ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of the defendant under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 76 months is reduced to 62 months.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: 33                 Amended Offense Level: 31
Criminal History Category: VI              Criminal History Category: VI
Previous Guideline Range: 235 to 293 months   Amended Guideline Range: 188 to 235 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.

✓ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgments dated November 4, 2003 and January 19, 2005 shall remain in effect.  Filings 406 and 411 are granted as provided herein. My thanks to counsel for their excellent briefs.

**IT IS SO ORDERED.**

Dated this 3rd day of November, 2008
Effective Date: Monday, November 3, 2008

*S/Richard G. Kopf*
United States District Judge