IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CR3014 |
| | ) | |
| V. | ) | |
| | ) | |
| CHRISTOPHER A. GANT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

   IT IS ORDERED that the defendant's motion to compel start of supervised release (filing 429) is denied.

   Dated July 23, 2009.

                              BY THE COURT:

                              *Richard G. Kopf*
                              United States District Judge